United States District Court
Southern District of Texas
**ENTERED**
May 04, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **GILBERT GOMEZ VICENTE, ET AL.,** | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:20-CV-81 |
| **UNITED STATES OF AMERICA, ET AL.,** | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant United States' Advisory. (Dkt. No. 45). The Court previously stayed this case in order to facilitate the FBI's criminal investigation into Defendant Agent Romualdo Barrera's shooting of Claudia Patricia Gomez Gonzalez. (Dkt. No. 41). The United States' advisory provides the Court with an update on the status of the FBI investigation. (Dkt. No. 45). Specifically, the advisory states that the FBI investigation is nearing a conclusion. (*Id.* at 1). The United States therefore requests that the Court extend the stay in this case for another 60 days. (*Id.* at 1–2).

The Court **GRANTS** Defendant's request and **EXTENDS** the stay until **July 2, 2021**. The United States is also **ORDERED** to file another advisory on the status of the FBI investigation on or before **July 2, 2021**.

It is so **ORDERED**.

**SIGNED** on May 4, 2021.

John A. Kazen
United States Magistrate Judge