IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| GILBERT GOMEZ VICENTE, et al., § § | |
| Plaintiffs, § § | |
| vs. § | CIVIL ACTION NO. 5:20-cv-00081 |
| § | |
| UNITED STATES OF AMERICA, § ROMUALDO BARRERA, Agent, United § States Border Patrol, in his individual capacity; § and DOES 1-20, Agents, United States Border § Patrol, in their individual capacities, § § | |
| Defendants. § | |

## UNITED STATES' SECOND ADVISORY

1. On December 1, 2020, the Court issued an Order staying this case pending the conclusion of the Federal Bureau of Investigation's (FBI) criminal investigation of Border Patrol Agent Romualdo Barrera's encounter with Claudia Patricia Gomez Gonzalez, which resulted in Ms. Gomez' shooting death.

2. The Criminal Section of the Civil Rights Division, United States Department of Justice, in coordination with the Criminal Division, United States Attorney's Office for the Southern District of Texas, have overseen the FBI's criminal investigation. The investigation has concluded, and the United States does not anticipate taking further action in the criminal matter.

3. The United States understands that officials in Webb County are now looking into this matter, but the United States is not privy to the details of that investigation.

4. The United States has no objection to the Court lifting the stay so that this case can proceed.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303

Attorney for the United States

## CERTIFICATE OF SERVICE

I certify that on July 2, 2021, the foregoing notice was filed with the Court through the Southern District of Texas Court CM/ECF system and served on all parties and counsel registered with the Court CM/ECF system.

*s/Jimmy Rodriguez*
Assistant United States Attorney