# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| GILBERT GOMEZ VICENTE, et al., | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 5:20-cv-00081 |
| UNITED STATES OF AMERICA, ROMUALDO BARRERA, Agent, United States Border Patrol, in his individual capacity; and DOES 1-20, Agents, United States Border Patrol, in their individual capacities, | § § § § § § § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs and Defendant, the United States of America, pursuant to Federal Rule of Civil Procedure 26(c) and the Privacy Act of 1974, 5 U.S.C. § 552a(b)(11), jointly request that the Court enter the Protective Order filed with this motion. The parties have agreed to the entry of the Protective Order so that information may be disclosed without invading the privacy of witnesses and other persons involved in the matter at issue in this case.

Dated: August 17, 2021

Respectfully Submitted,

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

Attorney for Defendant
United States of America

*s/Edgar Saldivar* (with permission)
Edgar Saldivar (Attorney-In-Charge)
Tex. Bar No. 24038188; S.D. Tex. Bar No. 618958
Andre Segura
Tex. Bar No. 24107112; S.D. Tex. Bar No. 3123385
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Fwy., Suite 350
Houston, Texas 77007
(713) 942-8146
esaldivar@aclutx.org
asegura@aclutx.org

Attorneys for Plaintiff

**CERTIFICATE OF CONFERENCE**

I, Jimmy A. Rodriguez, do hereby certify that on August 16, 2021, I conferred with Plaintiffs' counsel regarding this motion, who agreed to move jointly for the relief requested. I also conferred with counsel for the Defendant, Romualdo Barrera, in his individual capacity, who does not oppose this motion.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2021, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
