IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GILBERTO GOMEZ VICENTE, individually as the surviving father of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; LIDIA GONZALEZ VAZQUEZ, individually as the surviving mother of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; and RICARDO DE ANDA, in his capacity as Administrator of the Estate of Claudia Patricia Gomez Gonzalez, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; ROMUALDO BARRERA, Agent, United States Border Patrol, in his individual capacity; and DOES 1-20, Agents, United States Border Patrol, in their individual capacities. <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 5:20-cv-00081 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that effective December 3, 2021, I will no longer be associated with Kirkland & Ellis LLP and have accepted a position at Steptoe & Johnson LLP. American Civil Liberties Union of Texas, American Civil Liberties Union Foundation, and Kirkland & Ellis LLP will continue to represent Plaintiffs Gilberto Gomez Vicente, individually as the surviving father of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez, Lidia Gonzalez Vazquez, individually as the surviving mother of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez, and Ricardo De Anda, in his capacity as Administrator of the Estate of Claudia Patricia Gomez Gonzalez ("Plaintiffs").

1

Counsel for Plaintiffs hereby request that the Clerk of Court remove the following email address from its ECF notice in this action: joseph.sanderson@kirkland.com.

Dated: December 3, 2021 Respectfully submitted,

/s/ *Joseph M. Sanderson*
Joseph M. Sanderon
601 Lexington Avenue
New York, New York, 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joseph.sanderson@kirkland.com

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served upon counsel of record through the Court's electronic filing system on December 3, 2021.

*/s/ Joseph M. Sanderson*
Joseph M. Sanderson
