**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| GILBERTO GOMEZ VICENTE, individually as the surviving father of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; LIDIA GONZALEZ VASQUEZ, individually as the surviving mother of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; and RICARDO DE ANDA, in his capacity as Administrator of the Estate of Claudia Patricia Gomez Gonzalez, | § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 5:20-CV-81 |
| UNITED STATES OF AMERICA; ROMUALDO BARRERA, Agent, United States Border Patrol, in his individual capacity. | § § § § § | |
| Defendants. | § § § | |

## NOTICE OF SETTLEMENT

The parties notify the Court that they have resolved their differences and settled this lawsuit. The parties will file an Agreed/Joint Motion to Dismiss with a proposed Order of Dismissal with Prejudice upon the completion of the settlement documents. The parties request that the Court cancel all settings and deadlines that are currently scheduled, pending consummation of the settlement and submission of the dismissal pleadings.

1

DATED: July 5, 2022

Yosef J. Riemer*
N.Y. Bar No. 2703585
Joseph A. Loy
N.Y. Bar No. 4300042;
S.D. Tex. Bar No. 3546265
Giselle Sedano*
N.Y. Bar No. 5618186
Hyunjong Ryan Jin*
N.Y. Bar No. 5631619
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
yriemer@kirkland.com
jloy@kirkland.com
giselle.sedano@kirkland.com
ryan.jin@kirkland.com

David Dyer
Tex. Bar No. 24089580
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
david.dyer@kirkland.com

Respectfully submitted,

/s/ *Edgar Saldivar (with permission)*
Edgar Saldivar (Attorney-In-Charge)
Tex. Bar No. 24038188;
S.D. Tex. Bar No. 618958
Andre Segura
Tex. Bar No. 24107112;
S.D. Tex. Bar No. 3123385
Katheryn Huddleston
Tex. Bar No. 24107112;
S.D. Tex. Bar No. 3123385
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Fwy., Suite 350
Houston, Texas 77007
(713) 942-8146
esaldivar@aclutx.org
asegura@aclutx.org
khuddleston@aclutx.org

Bernardo Rafael Cruz*
Tex. Bar No. 24109774
ACLU FOUNDATION OF TEXAS, INC.
109 N. Oregon St., Suite 600
El Paso, TX
(915) 308-7163
brcruz@aclutx.org

Lee Gelernt*
N.Y. Bar No. 2502532
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY10004
Phone: (212) 549-2600
Fax: (212) 549-2654
lgelernt@aclu.org

*Attorneys for Plaintiffs*

*/s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez (Attorney-In-Charge)
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

**Attorney for the United States**

*/s/ H. Jay Hulings (with permission)*
Jason M. Davis (Attorney-In-Charge)
Texas State Bar No. 00793592
Southern District No. 20114
H. Jay Hulings
Texas State Bar No. 24104573
Southern District No. 3472684
DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Email: jdavis@dslawpc.com
Email: jhulings@dslawpc.com

**Attorneys for Romualdo Barrera**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and through the Court's electronic filing system on July 5, 2022.

*s/ Jimmy A. Rodriguez*
