# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| **GILBERTO GOMEZ VICENTE,** *et al.*, § § | |
| Plaintiffs, § § | |
| V. § § | CIVIL ACTION NO. 5:20-CV-81 |
| **UNITED STATES OF AMERICA,** *et al.*, § § § | |
| Defendants. § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Notice of Settlement. (Dkt. No. 85). The advisory states that the parties reached a settlement agreement. (*Id.* at 1).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** the settling parties to file closing documents that are in compliance with Fed. R. Civ. P. 41 (e.g., a stipulated dismissal signed by counsel for all parties or agreed Rule 41(a)(2) motion to dismiss) by **August 19, 2022**. In the event the parties are not able to finalize the closing documents within that time, they may file a motion to extend the deadline with a showing of good cause at least three days before this deadline.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

It is so **ORDERED**.

**SIGNED** on July 15, 2022.

_____
John A. Kazen
United States Magistrate Judge