IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GILBERTO GOMEZ VICENTE, et al., | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 5:20-CV-00081 |
| v. | § § | JOINT MOTION FOR AN EXTENSION |
| UNITED STATES OF AMERICA, et al., | § § § | OF DEADLINE |
| *Defendants.* | § § § | |

## JOINT MOTION FOR AN EXTENSION OF DEADLINE

The parties jointly move the Court to extend the August 19, 2022 deadline to file closing documents in this case. As explained below, the parties have reached an agreement in principle to settlement terms in this case and have made progress in finalizing that agreement. However, more time is required to file closing documents. In further support of this request, the parties would show the Court the following:

1. The parties have agreed in principle to resolve this case. *See* Notice of Settlement. Dkt. 85.

2. The Court has established a deadline of August 19, 2022, for the parties to file closing documents that are in compliance with Fed. R. Civ. P. 41. Dkt. 87. The Court indicated that this deadline could be extended for good cause. *Id.*

3. Since agreeing to resolve this case, the parties have been working diligently to finalize a settlement agreement. For example, the government has obtained all the necessary approvals to enter into the agreement and the parties have successfully negotiated the language in

1

the agreement. Further, Plaintiffs have engaged in diligent and good-faith efforts to complete the necessary paperwork to finalize the agreement. The only issues that remain outstanding concern certain logistics that will allow the agreement to be fully executed. The parties anticipate that these last remaining tasks can be completed within 45 days.

For the forgoing reasons, the parties respectfully request that the Court extend the deadline for filing closing documents until September 30, 2022.

Dated:  August 12, 2022

Yosef J. Riemer*
N.Y. Bar No. 2703585
Joseph A. Loy
N.Y. Bar No. 4300042;
S.D. Tex. Bar No. 3546265
Giselle Sedano*
N.Y. Bar No. 5618186
Hyunjong Ryan Jin*
N.Y. Bar No. 5631619
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
yriemer@kirkland.com
jloy@kirkland.com
giselle.sedano@kirkland.com
ryan.jin@kirkland.com

David Dyer
Tex. Bar No. 24089580
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
david.dyer@kirkland.com

Respectfully submitted,

/s/ *Edgar Saldivar*
Edgar Saldivar (Attorney-In-Charge)
Tex. Bar No. 24038188;
S.D. Tex. Bar No. 618958
Kathryn Huddleston
Tex. Bar No. 24107112
S.D. Tex. Bar No. 3123385
ACLU Foundation of Texas, Inc.
5225 Katy Fwy., Suite 350
Houston, Texas 77007
(713) 942-8146
esaldivar@aclutx.org
khuddleston@aclutx.org


Bernardo Rafael Cruz*
Tex. Bar No. 24109774
ACLU Foundation of Texas, Inc.
109 N. Oregon St., Suite 600
El Paso, TX
(915) 308-7163
brcruz@aclutx.org

Lee Gelernt*
N.Y. Bar No. 2502532
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY10004
Phone: (212) 549-2600
Fax: (212) 549-2654
lgelernt@aclu.org

*Attorneys for Plaintiffs*


JENNIFER B. LOWERY
United States Attorney

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas

3

        Attorney in Charge
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

***Attorneys for the United States***


*/s/ H. Jay Hulings*
Jason M. Davis
(Attorney-In-Charge)
Texas Bar No. 00793592
Southern District No. 20114
H. Jay Hulings
Texas State No. 24104573
S.D. Tex. Bar No. 3472684
DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Email: jdavis@dslawpc.com
Email: jhulings@dslawpc.com

***Attorneys for Romualdo Barrera***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail on this 12th day of August, 2022.

*/s/ Edgar Saldivar*
Edgar Saldivar

4