IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GILBERTO GOMEZ VICENTE, individually as the surviving father of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; LIDIA GONZALEZ VAZQUEZ, individually as the surviving mother of Claudia Patricia Gomez Gonzalez and as heir-at-law to the Estate of Claudia Patricia Gomez Gonzalez; and RICARDO DE ANDA, in his capacity as Administrator of the Estate of Claudia Patricia Gomez Gonzalez, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>UNITED STATES OF AMERICA; ROMUALDO BARRERA, Agent, United States Border Patrol, in his individual capacity; and DOES 1-20, Agents, United States Border Patrol, in their individual capacities, <br><br>　　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | **Case No. 5:20-cv-00081** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' settlement agreement executed in connection with this matter, the parties to this action hereby stipulate to dismiss the action with prejudice, with all parties to bear their own costs and fees.

Dated:  September 29, 2022

Yosef J. Riemer*
N.Y. Bar No. 2703585
Joseph A. Loy
N.Y. Bar No. 4300042
Giselle Sedano*
N.Y. Bar No. 5618186
Hyunjong Ryan Jin*
N.Y. Bar No. 5631619
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
yriemer@kirkland.com
jloy@kirkland.com
joseph.sanderson@kirkland.com
giselle.sedano@kirkland.com
ryan.jin@kirkland.com


David Dyer
Tex. Bar No. 24089580
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
david.dyer@kirkland.com

Respectfully submitted,

/s/ *Edgar Saldivar*
Edgar Saldivar (Attorney-In-Charge)
Tex. Bar No. 24038188;
S.D. Tex. Bar No. 618958
Kathryn Huddleston
Tex. Bar No. 24121679
S.D. Tex. Bar No. 3541079
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Fwy., Suite 350
Houston, Texas 77007
(713) 942-8146
esaldivar@aclutx.org
khuddleston@aclutx.org

Bernardo Rafael Cruz*
Tex. Bar No. 24109774
ACLU FOUNDATION OF TEXAS, INC.
109 N. Oregon St., Suite 600
El Paso, TX
(915) 308-7163
brcruz@aclutx.org

Lee Gelernt*
N.Y. Bar No. 2502532
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2600
Fax: (212) 549-2654
lgelernt@aclu.org


*\* Admitted pro hac vice*

**Attorneys for Plaintiffs**


*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas

1

        Attorney in Charge
        Texas Bar No. 24037378
        Federal ID No. 572175
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        Tel: (713) 567-9532
        Fax: (713) 718-3303
        jimmy.rodriguez2@usdoj.gov

***Attorneys for the United States***


*/s/ H. Jay Hulings*
Jason M. Davis (Attorney-In-Charge)
Texas State Bar No. 00793592
Southern District No. 20114
H. Jay Hulings
Texas State Bar No. 24104573
Southern District No. 3472684
DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Email: jdavis@dslawpc.com
Email: jhulings@dslawpc.com

***Attorneys for Romualdo Barrera***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon counsel of record through the Court's electronic filing system on September 29, 2022.

>*/s/ Edgar Saldivar*
>Edgar Saldivar