United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **GILBERTO GOMEZ VICENTE,** *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-00081 |
| § | |
| **UNITED STATES OF AMERICA,** *et al.*, § § | |
| Defendants. § | |

## ORDER

On September 29, 2022, the Parties in this case filed a self-effectuating joint stipulation of dismissal. (Dkt. 90.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation, signed by counsel for all Parties, notified the Court that the case has been dismissed with prejudice. (Dkt. 90 at 1.) Accordingly, the Clerk of the Court is hereby DIRECTED to TERMINATE this case and TERMINATE any pending motions.

IT IS SO ORDERED.

SIGNED this September 30, 2022.

_____
Diana Saldaña
United States District Judge